THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. HARRY J. LEVINE, Appellant.

Argued March 3, 1938; decided March 18, 1938.

*I. Gainsburg* and *Harold I. Cohen* for appellant.

*Thomas E. Dewey, District Attorney (Felix C. Benvenga* and *Whitman Knapp* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.